UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 11-115 |
| ANTHONY BELVIN | SECTION: "A" |

## ORDER AND REASONS

Defendant Anthony Belvin has filed an **Amended Motion to Vacate (Rec. Doc. 76)**, arguing that *Alleyne v. United States*, 133 S. Ct. 2151 (2013), entitles him to a reduced sentence. The motion is denied.

The Court previously considered and rejected Belvin's arguments pertaining to the *Alleyne* decision in its October 8, 2013 Order and Reasons denying Belvin's original § 2255 motion. (Rec. Doc. 69). Belvin's arguments pertaining to *Alleyne* had been raised in a motion to amend (Rec. Doc. 67), which the Court considered and ruled on in conjunction with Belvin's original § 2255 motion.[1] In the instant Amended Motion to Vacate, Belvin argues the *Alleyne* issue in more detail than what he had previously provided but it does not change the legal analysis. The Court fully understood the legal argument that Belvin was attempting to make under *Alleyne* but the decision does not apply to Belvin's situation and

---

[1] At first blush Belvin's Amended Motion to Vacate appears to be a successive § 2255 motion because Belvin is reurging an argument that the Court has already rejected. But upon further investigation, the Court is convinced that Belvin filed the instant Amended Motion to Vacate believing that this Court had expressly given him leave to do so when it granted the previously-filed motion to amend that was pending along with Belvin's original § 2255 motion. The Court's intention, however, in granting the previously-filed motion to amend was not to have Belvin file *additional* briefing on *Alleyne* but rather to clarify that the Court would consider the *Alleyne* argument—raised for the first time in the previously-filed motion to amend and substantively briefed to the Court's satisfaction—as part of Belvin's original § 2255 motion.

therefore does not entitle him to relief.

Accordingly, and for the foregoing reasons;

**IT IS ORDERED** that defendant Anthony Belvin's **Amended Motion to Vacate (Rec. Doc. 76)** is **DENIED**.

November 21, 2013

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE